UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-30135-KPN

| | |
|---|---|
| STACEY QUINONES,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| TOWN OF HOLLAND, HOLLAND POLICE<br>DEPARTMENT, CHIEF KEVIN GLEASON,<br>RAY MOREHOUSE AND EARL JOHNSON,<br>    Defendants | )<br>)<br>)<br>) |

**MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE**
**(ASSENTED TO)**

NOW COME the defendants, and respectfully move this Court to continue the initial scheduling conference presently scheduled for September 19, 2005. As grounds therefore and in support thereof, the defendants state that the undersigned defense counsel has a pre-paid, pre-planned vacation from September 19 through September 23, 2005. The parties have conferred and respectfully suggest that the initial status conference be rescheduled to October 7, 2005 at 9:30 a.m. Plaintiff's counsel has assented to this motion.

WHEREFORE, the defendants respectfully request that the initial scheduling conference be rescheduled to October 7, 2005 at 9:30 a.m.

| THE PLAINTIFF | THE DEFENDANTS |
|---|---|
| By    */s/ Lisa Brodeur-McGan*<br>Lisa Brodeur-McGan, Esq. of<br>Brodeur-McGan, Attorneys at Law<br>1380 Main Street, Suite 201<br>Springfield, Massachusetts 01103<br>Phone (413) 735-1775  Fax (413) 735-1772<br>BBO No.: 556755 | By    */s/ Patricia M. Rapinchuk*<br>Patricia M. Rapinchuk, Esq., of<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.:  556149 |

407508