UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-30135-KPN

| | |
|---|---|
| STACEY QUINONES,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| TOWN OF HOLLAND, HOLLAND POLICE<br>DEPARTMENT, CHIEF KEVIN GLEASON,<br>RAY MOREHOUSE AND EARL JOHNSON,<br>    Defendants | )<br>)<br>)<br>) |

## **DEFENDANTS' BUDGET 16.1 CERTIFICATION**

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: __/s/ Maureen MacDonald_____
Maureen MacDonald
Authorized Representative of
Massachusetts Interlocal Insurance Assoc.
Insurer of Town of Holland and Holland Police
Department
12 Gill Street
P. O. Box 4043
Woburn, MA 01888

By:___/s/ Patricia M. Rapinchuk_____
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone  (413) 732-2301
Fax  (413) 785-4658
BBO # 556149

DATED: October 4, 2005

410789