UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY QUINONES,<br>Plaintiff<br><br>v.<br><br>TOWN OF HOLLAND, HOLLAND<br>POLICE DEPARTMENT, CHIEF<br>KEVIN GLEASON, RAY MOREHOUSE<br>AND EARL JOHNSON,<br>Defendants | CIVIL ACTION NO.: 05 CV 30135 |

## JOINT STATEMENT OF THE PARTIES

Pursuant to the Notice of Scheduling Conference dated August 16, 2005 and in accordance with Federal Rules of Civil Procedure 16 (b), counsel for the Plaintiff, Stacey Quinones and counsel for the Defendants, Town of Holland, Holland Police Department, Chief Kevin Gleason, Ray Morehouse and Earl Johnson, have conferred and submit the Following:

A.   Proposed Pretrial Schedule

  1.   All Automatic Disclosures by 11/15/05;

  2.   All discovery to be completed by 6/3/06;

  3.   All Rule 56 Motions for Summary Judgment due 8/30/06;

  4.   All Expert Discovery to be completed by 9/30/06;

  5.   All Oppositions to Motions for Summary Judgment due 10/25/06;

| | |
|---|---|
| THE PLAINTIFF,<br>STACEY QUINONES | THE DEFENDANTS,<br>TOWN OF HOLLAND, HOLLAND POLICE DEPARTMENT, CHIEF KEVIN GLEASON, RAY MOREHOUSE AND EARL JOHNSON |
| BY: /s/<br>Lisa Brodeur-McGan, Esq.<br>BBO #556755<br>Brodeur-McGan, Attorneys at Law<br>1380 Main Street, Suite 201<br>Springfield, MA 01103<br>Tel: (413) 735-1775<br>Fax: (413) 735-1772 | BY: /s/<br>Patricia Rapinchuk, Esq.<br>BBO #556149<br>Robinson Donovan<br>1500 Main Street, Suite 1600<br>Springfield, MA 01115<br>Tel: (413) 732-2301<br>Fax: (413) 785-4658 |