UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY QUINONES,<br>Plaintiff<br><br>v.<br><br>TOWN OF HOLLAND, HOLLAND<br>POLICE DEPARTMENT, CHIEF<br>KEVIN GLEASON, RAY MOREHOUSE<br>AND EARL JOHNSON,<br>Defendants | CIVIL ACTION NO.: 05 CV 30135 |

## PLAINTIFF'S BUDGET 16.1 CERTIFICATION

I, Lisa Brodeur-McGan, hereby certify and affirm that I have conferred with my client regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

BY: _____        _____
Lisa Brodeur-McGan, Esq.                Stacey Quinones, Plaintiff
BBO #556755
Brodeur-McGan, Attorneys at Law
1380 Main Street, Suite 201
Springfield, MA 01103
Tel: (413) 735-1775
Fax: (413) 735-1772

Dated: October 4, 2005