AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

**APPEARANCE**

Case Number: 3:05-cv-30135

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Stacey Quinones v. Town of Holland et al

Date: 10-7-05

Signature: Theresa M Brown

Print Name: Theresa M. Brown

Address: 1500 Main St.

City: Springfield   State: MA   Zip Code: 01115

Phone Number: 732-2301

FILED IN CLERK'S OFFICE
2005 OCT -7 P 2:38
U.S. DISTRICT COURT
DISTRICT OF MASS