UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY QUINONES,             )<br>            Plaintiff    )<br>                          )<br>v.                        )<br>                          )<br>                          )<br>                          )<br>TOWN OF HOLLAND, HOLLAND )<br>POLICE DEPARTMENT, CHIEF )<br>KEVIN GLEASON, RAY MOREHOUSE )<br>and EARL JOHNSON,        )<br>            Defendants   ) | Civil Action No. 05-30135-MAP |

SCHEDULING ORDER
October 7, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by November 15, 2005.

2. All written discovery and non-expert depositions shall be completed by June 2, 2006.

3. Counsel shall appear for a case management conference on June 6, 2006, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                /s/ Kenneth P. Neiman
                                KENNETH P. NEIMAN
                                U.S. Magistrate Judge

Case 3:05-cv-30135-MAP     Document 16     Filed 10/07/2005     Page 2 of 2