UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STACEY QUINONES,<br>Plaintiff<br><br>v.<br><br>TOWN OF HOLLAND, HOLLAND<br>POLICE DEPARTMENT, CHIEF<br>KEVIN GLEASON, RAY MOREHOUSE<br>AND EARL JOHNSON,<br>Defendants | CIVIL ACTION NO.: 05 CV 30135 KPN |

## NOTICE OF CHANGE OF ADDRESS

Be advised that the address of Lisa Brodeur-McGan, counsel for plaintiff, is changed to:

Lisa Brodeur-McGan, Esq.
Brodeur-McGan, Attorneys At Law
1331 Main Street, 2nd Floor
Springfield, MA 01103
(413) 735-1775; Fax 735-1772

Date: January 5, 2006

By: _____

THE PLAINTIFF
STACEY QUINONES

Lisa Brodeur-McGan, her attorney
Brodeur-McGan, Attorneys at Law
1331 Main Street, 2nd Floor
Springfield, MA 01103
BBO# 556755
(413) 735-1775; Fax: (413) 735-1772

### CERTIFICATE OF SERVICE

I, Lisa Brodeur-McGan, do hereby certify that I made service of the foregoing document on this 5th day of January, 2006, by first class mail, postage prepaid, to: Patricia M. Rapinchuk, Esq., and Theresa M. Brown, Esq., Robinson Donovan, 1500 Main Street, Suite 1600, Post Office Box 1560, Springfield, MA 01115-5609.

_____
Lisa Brodeur-McGan