UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-30135-KPN

| | |
|---|---|
| STACEY QUINONES,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| TOWN OF HOLLAND, HOLLAND POLICE<br>DEPARTMENT, CHIEF KEVIN GLEASON,<br>RAY MOREHOUSE AND EARL JOHNSON,<br>    Defendants | )<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my withdrawal of appearance on behalf of the Defendants, TOWN OF HOLLAND, HOLLAND POLICE DEPARTMENT, CHIEF KEVIN GLEASON, RAY MOREHOUSE AND EARL JOHNSON, in the above-captioned matter.

THE DEFENDANTS
TOWN OF HOLLAND, et al

By    /s/ *Theresa M. Brown*
Theresa M. Brown, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 689851

### CERTIFICATE OF SERVICE

I, Theresa M. Brown, Esq., hereby certify that on this 30th day of December, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel of record, Lisa Brodeur-McGan, Esq., Brodeur-McGan, Attorneys at Law, 1331 Main Street, 2nd Floor Springfield, MA 01103.

Subscribed under the penalties of perjury.

Theresa M. Brown, Esq.

404201