UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STACEY QUINONES,                )
       Plaintiff      )
                                )
v.                              )   Civil Action No. 05-30135-MAP
                                )
                                )
                                )
TOWN OF HOLLAND, HOLLAND        )
POLICE DEPARTMENT, CHIEF        )
KEVIN GLEASON, RAY MOREHOUSE    )
and EARL JOHNSON,               )
       Defendants     )

FURTHER SCHEDULING ORDER
September 22, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. All remaining non-expert discovery shall be completed by October 31, 2006.

2. Counsel shall appear for a case management conference on November 15, 2006, at 12:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

                              /s/ Kenneth P. Neiman
                              KENNETH P. NEIMAN
                              U.S. Magistrate Judge