UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY QUINONES,<br>        Plaintiff<br><br>v.<br><br><br>TOWN OF HOLLAND, HOLLAND<br>POLICE DEPARTMENT, CHIEF<br>KEVIN GLEASON, RAY MOREHOUSE<br>and EARL JOHNSON,<br>        Defendants | Civil Action No. 05-30135-MAP |

SCHEDULING ORDER
January 11, 2007

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. The parties shall notify the court as soon as possible about the date on which they would like to mediate the matter.

2. The remaining non-expert depositions shall be completed by March 9, 2007.

3. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by April 6, 2007.

4. All expert depositions shall be completed by April 27, 2007.

5. Counsel shall appear for a final pretrial conference on May 23, 2007, at 3:00 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in

accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: January 11, 2007

                                           /s/ Kenneth P. Neiman  
                                           KENNETH P. NEIMAN  
                                           Chief Magistrate Judge