**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
                        Plaintiffs

                V.

TOWN OF HOLLAND, et al.,
                        Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007   I held the following ADR proceeding:

    ___ SCREENING CONFERENCE              ___ EARLY NEUTRAL EVALUATION

     X  MEDIATION                          ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL                         ___ SETTLEMENT CONFERENCE

     X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or
       representative

       The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
       case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

       _____


February 28, 2007                        /s/ Kenneth P. Neiman
DATE                                     ADR Provider


                                         KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
               Plaintiffs

      V.

TOWN OF HOLLAND, et al.,
               Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[X]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]     On February 13, 2007   I held the following ADR proceeding:

    ___ SCREENING CONFERENCE        ___ EARLY NEUTRAL EVALUATION

     X  MEDIATION                   ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL               ___ SETTLEMENT CONFERENCE

     X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]     All parties were represented by counsel

[X]     The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[X]     Settled.  A 60  day order of dismissal has been entered.

[ ]     There was progress.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

[ ]     Other:_____

_____

February 28, 2007                      /s/ Kenneth P. Neiman
DATE                              ADR Provider

                                   KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
                    Plaintiffs

                                                    CIVIL ACTION

          V.

                                                    NO. 05-30135-MAP

TOWN OF HOLLAND, et al.,
                    Defendants

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE ___Ponsor___

[X]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]     On _February 13, 2007_  I held the following ADR proceeding:

          ___ SCREENING CONFERENCE              ___ EARLY NEUTRAL EVALUATION

          _X_ MEDIATION                         ___ SUMMARY BENCH / JURY TRIAL

          ___ MINI-TRIAL                        ___ SETTLEMENT CONFERENCE

          _X_ The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]     All parties were represented by counsel

[X]     The parties were present in person, by telephone or by authorized corporate officer or
          representative
          The case was:

[X]     Settled.  A _60_ day order of dismissal has been entered.

[ ]     There was progress.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
          case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

[ ]     Other:_____

          _____

February 28, 2007                          /s/ Kenneth P. Neiman
DATE                                       ADR Provider

                                           KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


STACEY QUINONES
                    Plaintiffs

                V.

TOWN OF HOLLAND, et al.,
                    Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007   I held the following ADR proceeding:

|     |     |
| --- | --- |
| ___ SCREENING CONFERENCE | ___ EARLY NEUTRAL EVALUATION |
| X  MEDIATION | ___ SUMMARY BENCH / JURY TRIAL |
| ___ MINI-TRIAL | ___ SETTLEMENT CONFERENCE |

 X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

_____


February 28, 2007                          /s/ Kenneth P. Neiman
DATE                                       ADR Provider

                                           KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
               Plaintiffs

V.

TOWN OF HOLLAND, et al.,
               Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Ponsor

[X]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]     On February 13, 2007  I held the following ADR proceeding:

    ___ SCREENING CONFERENCE       ___ EARLY NEUTRAL EVALUATION

     X  MEDIATION                  ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL                ___ SETTLEMENT CONFERENCE

     X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]     All parties were represented by counsel

[X]     The parties were present in person, by telephone or by authorized corporate officer or
representative

The case was:

[X]     Settled.  A 60  day order of dismissal has been entered.

[ ]     There was progress.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

[ ]     Other:_____

_____

February 28, 2007
DATE

./s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


STACEY QUINONES
           Plaintiffs

       V.

TOWN OF HOLLAND, et al.,
           Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007   I held the following ADR proceeding:

    ___ SCREENING CONFERENCE      ___ EARLY NEUTRAL EVALUATION

    _X_ MEDIATION                  ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL                 ___ SETTLEMENT CONFERENCE

    _X_ The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or

    representative

    The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

    case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____


February 28, 2007                  /s/ Kenneth P. Neiman
DATE                         ADR Provider

                                   KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


STACEY QUINONES
                Plaintiffs

      V.

TOWN OF HOLLAND, et al.,
                Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[X]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]     On February 13, 2007   I held the following ADR proceeding:

    ___ SCREENING CONFERENCE        ___ EARLY NEUTRAL EVALUATION

     X  MEDIATION                ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL              ___ SETTLEMENT CONFERENCE

     X The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]     All parties were represented by counsel

[X]     The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[X]     Settled.  A 60  day order of dismissal has been entered.

[ ]     There was progress.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

[ ]     Other:_____

_____


February 28, 2007
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


STACEY QUINONES
           Plaintiffs

    V.

TOWN OF HOLLAND, et al.,
           Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[X]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]     On February 13, 2007   I held the following ADR proceeding:

    ___ SCREENING CONFERENCE       ___ EARLY NEUTRAL EVALUATION

     X  MEDIATION                 ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL               ___ SETTLEMENT CONFERENCE

     X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]     All parties were represented by counsel

[X]     The parties were present in person, by telephone or by authorized corporate officer or representative

    The case was:

[X]     Settled.  A 60  day order of dismissal has been entered.

[ ]     There was progress.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

[ ]     Other:_____

    _____


February 28, 2007                  /s/ Kenneth P. Neiman
DATE                               ADR Provider

                                 KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
           Plaintiffs

      V.

TOWN OF HOLLAND, et al.,
           Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[X]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]     On February 13, 2007   I held the following ADR proceeding:

      ___ SCREENING CONFERENCE       ___ EARLY NEUTRAL EVALUATION

       X  MEDIATION                   ___ SUMMARY BENCH / JURY TRIAL

      ___ MINI-TRIAL               ___ SETTLEMENT CONFERENCE

       X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]     All parties were represented by counsel

[X]     The parties were present in person, by telephone or by authorized corporate officer or

        representative

        The case was:

[X]     Settled.  A 60  day order of dismissal has been entered.

[ ]     There was progress.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

        case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

[ ]     Other:_____

_____

February 28, 2007
DATE

    /s/ Kenneth P. Neiman
    ADR Provider

    KENNETH P. NEIMAN, Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

STACEY QUINONES
_____
                Plaintiffs

                                                    CIVIL ACTION

        V.

                                                    NO.  05-30135-MAP

TOWN OF HOLLAND, et al.,
_____
                Defendants

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE ___Ponsor_____

[X]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]     On February 13, 2007   I held the following ADR proceeding:

        ___ SCREENING CONFERENCE              ___ EARLY NEUTRAL EVALUATION

        _X_ MEDIATION                          ___ SUMMARY BENCH / JURY TRIAL

        ___ MINI-TRIAL                         ___ SETTLEMENT CONFERENCE

        _X_ The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]     All parties were represented by counsel

[X]     The parties were present in person, by telephone or by authorized corporate officer or

        representative

        The case was:

[X]     Settled.  A 60  day order of dismissal has been entered.

[ ]     There was progress.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

        case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

[ ]     Other:_____

        _____


February 28, 2007                      /s/ Kenneth P. Neiman_____
DATE                                   ADR Provider


                                       KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


STACEY QUINONES
            Plaintiffs

     V.

TOWN OF HOLLAND, et al.,
            Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007   I held the following ADR proceeding:

    ___ SCREENING CONFERENCE        ___ EARLY NEUTRAL EVALUATION

     X  MEDIATION                     ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL                    ___ SETTLEMENT CONFERENCE

     X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or

    representative

    The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

    case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

    _____


February 28, 2007____             /s/ Kenneth P. Neiman_____
DATE                       ADR Provider

                                 KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


STACEY QUINONES
                Plaintiffs                              CIVIL ACTION

        V.                                              NO.  05-30135-MAP

TOWN OF HOLLAND, et al.,
                Defendants

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007   I held the following ADR proceeding:

___ SCREENING CONFERENCE                    ___ EARLY NEUTRAL EVALUATION

 X  MEDIATION                               ___ SUMMARY BENCH / JURY TRIAL

___ MINI-TRIAL                              ___ SETTLEMENT CONFERENCE

 X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or

        representative

        The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

        case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

        _____


February 28, 2007                           /s/ Kenneth P. Neiman
DATE                                        ADR Provider


                                            KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


STACEY QUINONES
          Plaintiffs

     V.

TOWN OF HOLLAND, et al.,
          Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE ___Ponsor___

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On _February 13, 2007___ I held the following ADR proceeding:

    ___ SCREENING CONFERENCE        ___ EARLY NEUTRAL EVALUATION

    _X_ MEDIATION                  ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL                 ___ SETTLEMENT CONFERENCE

    _X_ The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or
representative

The case was:

[X]    Settled.  A _60_ day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

_____


February 28, 2007_____              /s/ Kenneth P. Neiman_____
DATE                         ADR Provider

                              KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
               Plaintiffs

      V.

TOWN OF HOLLAND, et al.,
               Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[X]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]     On February 13, 2007   I held the following ADR proceeding:

    ___ SCREENING CONFERENCE        ___ EARLY NEUTRAL EVALUATION

    _X_ MEDIATION                   ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL                 ___ SETTLEMENT CONFERENCE

    _X_ The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]     All parties were represented by counsel

[X]     The parties were present in person, by telephone or by authorized corporate officer or
        representative
        The case was:

[X]     Settled.  A 60  day order of dismissal has been entered.

[ ]     There was progress.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
        case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

[ ]     Other:_____


February 28, 2007                  /s/ Kenneth P. Neiman
DATE                            ADR Provider

                                KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
             Plaintiffs

      V.

TOWN OF HOLLAND, et al.,
             Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  __Ponsor__

[X]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]     On _February 13, 2007_  I held the following ADR proceeding:

      __  SCREENING CONFERENCE       __  EARLY NEUTRAL EVALUATION

       X  MEDIATION                __  SUMMARY BENCH / JURY TRIAL

      __  MINI-TRIAL                  __  SETTLEMENT CONFERENCE

       X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]     All parties were represented by counsel

[X]     The parties were present in person, by telephone or by authorized corporate officer or representative

         The case was:

[X]     Settled.  A _60_  day order of dismissal has been entered.

[ ]     There was progress.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

[ ]     Other:_____

_____

February 28, 2007 _____                /s/ Kenneth P. Neiman _____
DATE                            ADR Provider

                                 KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


STACEY QUINONES
              Plaintiffs

        V.

TOWN OF HOLLAND, et al.,
              Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007  I held the following ADR proceeding:

        ___ SCREENING CONFERENCE        ___ EARLY NEUTRAL EVALUATION

         X  MEDIATION                 ___ SUMMARY BENCH / JURY TRIAL

        ___ MINI-TRIAL               ___ SETTLEMENT CONFERENCE

         X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or

       representative

       The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

       case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____


February 28, 2007                  /s/ Kenneth P. Neiman
DATE                                 ADR Provider

                                   KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


STACEY QUINONES
                    Plaintiffs

                V.

TOWN OF HOLLAND, et al.,
                    Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[X]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On February 13, 2007   I held the following ADR proceeding:

___ SCREENING CONFERENCE             ___ EARLY NEUTRAL EVALUATION

 X  MEDIATION                        ___ SUMMARY BENCH / JURY TRIAL

___ MINI-TRIAL                       ___ SETTLEMENT CONFERENCE

 X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]   All parties were represented by counsel

[X]   The parties were present in person, by telephone or by authorized corporate officer or
       representative
       The case was:

[X]   Settled.  A 60  day order of dismissal has been entered.

[ ]   There was progress.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
       case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

[ ]   Other:_____

       _____


February 28, 2007                    /s/ Kenneth P. Neiman
DATE                                 ADR Provider


                                     KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
                    Plaintiffs

                 V.

TOWN OF HOLLAND, et al.,
                    Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007    I held the following ADR proceeding:

___ SCREENING CONFERENCE                ___ EARLY NEUTRAL EVALUATION

 X  MEDIATION                           ___ SUMMARY BENCH / JURY TRIAL

___ MINI-TRIAL                          ___ SETTLEMENT CONFERENCE

 X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or

representative

The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

_____

February 28, 2007                        /s/ Kenneth P. Neiman
DATE                                     ADR Provider

                                         KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
            Plaintiffs

       V.

TOWN OF HOLLAND, et al.,
            Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007   I held the following ADR proceeding:

    ___  SCREENING CONFERENCE        ___  EARLY NEUTRAL EVALUATION

     X   MEDIATION                     ___  SUMMARY BENCH / JURY TRIAL

    ___  MINI-TRIAL                  ___  SETTLEMENT CONFERENCE

     X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or
       representative
       The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
       case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

    _____

February 28, 2007               /s/ Kenneth P. Neiman
DATE                     ADR Provider

                          KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


STACEY QUINONES_____
             Plaintiffs

     V.

TOWN OF HOLLAND, et al.,_____
             Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE ___Ponsor_____

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On _February 13, 2007__ I held the following ADR proceeding:

    ___ SCREENING CONFERENCE      ___ EARLY NEUTRAL EVALUATION

    _X_ MEDIATION              ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL              ___ SETTLEMENT CONFERENCE

    _X_ The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or

representative

The case was:

[X]    Settled.  A _60_ day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

_____


February 28, 2007____                /s/ Kenneth P. Neiman_____
DATE                             ADR Provider

                                  KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


STACEY QUINONES
                  Plaintiffs

                                                    CIVIL ACTION

          V.
                                                    NO.  05-30135-MAP

TOWN OF HOLLAND, et al.,
                  Defendants

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE     Ponsor

[X]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]     On February 13, 2007   I held the following ADR proceeding:

          ___ SCREENING CONFERENCE              ___ EARLY NEUTRAL EVALUATION

           X  MEDIATION                          ___ SUMMARY BENCH / JURY TRIAL

          ___ MINI-TRIAL                         ___ SETTLEMENT CONFERENCE

           X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]     All parties were represented by counsel

[X]     The parties were present in person, by telephone or by authorized corporate officer or

          representative

          The case was:

[X]     Settled.  A 60  day order of dismissal has been entered.

[ ]     There was progress.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

          case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

[ ]     Other:_____

          _____


February 28, 2007                          /s/ Kenneth P. Neiman
DATE                                        ADR Provider

                                            KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


STACEY QUINONES
                Plaintiffs

      V.

TOWN OF HOLLAND, et al.,
                Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007    I held the following ADR proceeding:

    ___ SCREENING CONFERENCE        ___ EARLY NEUTRAL EVALUATION

    _X_ MEDIATION                  ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL                   ___ SETTLEMENT CONFERENCE

    _X_ The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or

    representative

    The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

    case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

    _____


February 28, 2007              /s/ Kenneth P. Neiman
DATE                         ADR Provider


                         KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
                Plaintiffs

        V.

TOWN OF HOLLAND, et al.,
                Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor  

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007  I held the following ADR proceeding:

    ___ SCREENING CONFERENCE           ___ EARLY NEUTRAL EVALUATION

     X  MEDIATION                        ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL                     ___ SETTLEMENT CONFERENCE

     X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or
    representative

    The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
    case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

_____

February 28, 2007
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
                    Plaintiffs

                                                    CIVIL ACTION

        V.
                                                    NO.  05-30135-MAP

TOWN OF HOLLAND, et al.,
                    Defendants

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007  I held the following ADR proceeding:

        ___ SCREENING CONFERENCE            ___ EARLY NEUTRAL EVALUATION

        X  MEDIATION                        ___ SUMMARY BENCH / JURY TRIAL

        ___ MINI-TRIAL                      ___ SETTLEMENT CONFERENCE

        X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or

        representative

        The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

        case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

        _____


February 28, 2007                    /s/ Kenneth P. Neiman
DATE                                 ADR Provider

                                     KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


STACEY QUINONES
               Plaintiffs

        V.

TOWN OF HOLLAND, et al.,
               Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007   I held the following ADR proceeding:

| | |
|---|---|
| ___ SCREENING CONFERENCE | ___ EARLY NEUTRAL EVALUATION |
| _X_ MEDIATION | ___ SUMMARY BENCH / JURY TRIAL |
| ___ MINI-TRIAL | ___ SETTLEMENT CONFERENCE |

    _X_ The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or
representative

The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

_____


February 28, 2007
DATE

    /s/ Kenneth P. Neiman
ADR Provider


    KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
            Plaintiffs

      V.

TOWN OF HOLLAND, et al.,
            Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007    I held the following ADR proceeding:

    ___ SCREENING CONFERENCE      ___ EARLY NEUTRAL EVALUATION

     X  MEDIATION                 ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL              ___ SETTLEMENT CONFERENCE

     X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or

    representative

    The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

    case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

    _____

February 28, 2007                  /s/ Kenneth P. Neiman
DATE                          ADR Provider

                                      KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
     Plaintiffs

   V.

TOWN OF HOLLAND, et al.,
     Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[X] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On February 13, 2007   I held the following ADR proceeding:

  ___ SCREENING CONFERENCE   ___ EARLY NEUTRAL EVALUATION

   X  MEDIATION        ___ SUMMARY BENCH / JURY TRIAL

  ___ MINI-TRIAL        ___ SETTLEMENT CONFERENCE

   X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X] All parties were represented by counsel

[X] The parties were present in person, by telephone or by authorized corporate officer or representative

  The case was:

[X] Settled.  A 60  day order of dismissal has been entered.

[ ] There was progress.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

[ ] Other:_____

  _____

February 28, 2007        /s/ Kenneth P. Neiman
DATE           ADR Provider

           KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
            Plaintiffs

     V.

TOWN OF HOLLAND, et al.,
            Defendants

CIVIL ACTION

NO. 05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE __Ponsor__

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007  I held the following ADR proceeding:

    ___ SCREENING CONFERENCE         ___ EARLY NEUTRAL EVALUATION

     X  MEDIATION                     ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL                   ___ SETTLEMENT CONFERENCE

     X  The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or representative

    The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

    _____

February 28, 2007               /s/ Kenneth P. Neiman
DATE                            ADR Provider

                                   KENNETH P. NEIMAN, Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

STACEY QUINONES _____
              Plaintiffs

       V.

TOWN OF HOLLAND, et al.,_____
              Defendants

CIVIL ACTION

NO.  05-30135-MAP

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE   Ponsor_____

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007   I held the following ADR proceeding:

    ___ SCREENING CONFERENCE         ___ EARLY NEUTRAL EVALUATION

    _X_ MEDIATION                   ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL                   ___ SETTLEMENT CONFERENCE

    _X_ The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

_____

February 28, 2007_____
DATE

 /s/ Kenneth P. Neiman_____
ADR Provider

KENNETH P. NEIMAN, Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STACEY QUINONES
_____
                    Plaintiffs

          V.

TOWN OF HOLLAND, et al.,
_____
                    Defendants

CIVIL ACTION

NO.  05-30135-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On February 13, 2007    I held the following ADR proceeding:

       ___ SCREENING CONFERENCE          ___ EARLY NEUTRAL EVALUATION

       _X_ MEDIATION                     ___ SUMMARY BENCH / JURY TRIAL

       ___ MINI-TRIAL                    ___ SETTLEMENT CONFERENCE

       _X_ The court held followup telephone conferences on February 20, 26, and 28, 2007

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or

       representative

       The case was:

[X]    Settled.  A 60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

       case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

       _____


February 28, 2007                          /s/ Kenneth P. Neiman
DATE                                       ADR Provider


                                           KENNETH P. NEIMAN, Chief Magistrate Judge